IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sunrise Cooperative, Inc.,            Case No. 3:16CV1297

    Plaintiff

    v.                                          **JUDGMENT ENTRY**

United States Department of Agriculture, et al.,

    Defendants

In accordance with the order filed contemporaneously with this judgment entry, it is hereby ORDERED THAT:

1. Defendants' motion for summary judgment (Doc. 16) be, and the same hereby is, granted;

2. Plaintiff's motion for summary judgment (Doc. 13) be, and the same hereby is, denied;

3. Defendants' objection under Fed. R. Civ. P. 56(c)(2) (Doc. 20) be, and the same hereby is, sustained; and

4. Plaintiff's motion for an oral hearing (Doc. 18) be, and the same hereby is, denied.

So ordered.

                                                     /s/ James G. Carr
                                                     Sr. U.S. District Judge